SEALED

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 OCT 18 PM 1:44

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

KEITH JASON STEWART, and
JADE BLAIR

CASE NO. 8:18-cr-489-T-17-AEP

21 U.S.C. § 841(a)(1)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 30, 2018, in the Middle District of Florida, the defendant,

KEITH JASON STEWART

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1) (A).

### COUNT TWO

On or about September 6, 2018, in the Middle District of Florida, the defendant,

SEALED

KEITH JASON STEWART

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of methamphetamine, its salts, isomers, or salts of its isomers, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

### COUNT THREE

On or about September 6, 2018, in the Middle District of Florida, the defendant,

KEITH JASON STEWART,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Burglary of an Occupied Conveyance**, on or about May 9, 2007;
2. **Burglary of an Occupied Conveyance**, on or about May 9, 2007;
3. **Felony Battery**, on or about March 1, 2010;
4. **Grand Theft**, on or about June 10, 2010;
5. **Grand Theft**, on or about June 29, 2010;
6. **Felony Petit Theft**, on or about May 2, 2014;
7. **Felon in Possession of a Firearm**, on or about July 1, 2014;
8. **Grand Theft Motor Vehicle**, on or about September 12, 2016; and

9. **Possession of Methamphetamine** on or about September 12, 2016;

and the defendant,

JADE BLAIR,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Introduction of Contraband into, or Possession of Contraband in, a County Detention Center**, on or about November 18, 2014;

2. **Possession of Methamphetamine**, on or about February 9, 2015; and

3. **Possession of Hydromorphone**, on or about February 9, 2015,

did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, that is:

- An AR-15 semi-automatic rifle;
- A Taurus, .45-caliber, semi-automatic pistol;
- A Colt, .45-caliber, semi-automatic pistol;
- A Springfield Armory, .45-caliber, semi-automatic pistol;
- 14-rounds of .223-caliber ammunition;
- 61 rounds of 5.56-caliber ammunition; and
- 11 rounds of the .45-caliber ammunition,

and did aid and abet in the same.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) and 2.

## **FORFEITURE**

1.  The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant KEITH JASON STEWART, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Deputy Chief, Violent Crimes and Narcotics Section

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

KEITH JASON STEWART, and
JADE BLAIR

## INDICTMENT

Violations:   Title 21, United States Code, Section 841(a)(1)
Title 18, United States Code, Section 922(g)(1)
Title 18, United States Code, Section 2

A true bill,

_____
Foreperson

Filed in open court this 18th day of October, 2018.

_____
Clerk

Bail $_____

GPO 863 525